# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-425-GCM

NATALIE EDEBURN,

      Plaintiff,

v.

PEGASUS RESIDENTIAL, LLC,

      Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Randy C. Gepp,** filed October 10, 2018 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Gepp is admitted to appear before this court *pro hac vice* on behalf of Defendant, Pegasus Residential, LLC.

**IT IS SO ORDERED.**

Signed: October 12, 2018

*[Signature]*

Graham C. Mullen
United States District Judge