# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-425-GCM

| | |
|---|---|
| NATALIE EDEBURN,<br><br>      Plaintiff,<br><br>v.<br><br>PEGASUS RESIDENTIAL, LLC,<br><br>      Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Michael Eric Ross,** filed October 10, 2018 (Doc. No. 8).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Ross is admitted to appear before this court *pro hac vice* on behalf of Defendant, Pegasus Residential, LLC.

**IT IS SO ORDERED.**

Signed: October 12, 2018

Graham C. Mullen
United States District Judge